FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

__Johnson__
(Last Name)   (Identification Number)

__Carvis__
(First Name)

__Lamar__
(Middle Name)

(Institution)

__916 Inge st Jackson Ms 39203__
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN -7 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: __3:20-cv-9-DPJ-FKB__
(to be completed by the Court)

__officer Jordan, officer bridges, frankly, Kisten, Winston Ray/Bron, Briggers Hopkinds, Johnthen, Justec Mayberry__
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No ( )

B. Are you presently incarcerated?
Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Carvis Johnson      Prisoner Number: _____

Address: 916 Inge st Jackson MS 39203 or Rankin County Jail 221 North Timber street Brandon, MS 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: _____ is employed as _____

_____ at _____


The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: _____    ADDRESS: _____

_____           _____

DEFENDANT(S):

NAME:                            ADDRESS:
Jordan, bridges               Rankin County Jail
Frankly, Kisten, Winston      221 North Timber Street
Ray Bean, Biggers             Brandon, MS 39042
Hopkins Johnthen
Trustee Mayberry

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
 1. Parties to the action:_____

 2. Court (if federal court, name the district; if state court, name the county):_____

 3. Docket Number:_____

 4. Name of judge to whom case was assigned:_____

 5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

CASE NUMBER 2.
 1. Parties to the action:_____

 2. Court (if federal court, name the district; if state court, name the county):_____

 3. Docket Number:_____

 4. Name of judge to whom case was assigned:_____

 5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I been assault 11 time at Rankin County Jail in Brandon MS for nothing they Run in my cell all the time they assault me its on camera 8 time 3 time they took me off the camera to try to cover it up but I got it on the Medical Records in the office, name in all the Reports they bust my Eye wide opening 3 time bust my head bust my nose knock out 3 of my teeths crack my jaw give me 2 black eyes hog tid me up 2 blacks eyes broke a bone in my back

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

50,000 dollar for my medical needs in for my teeths ben knock out in all my medical needs in the bone they broke in my back in they aint take me to medical

Signed this _5_ day of _Jan_, 20 _20_.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Carvis Johnson_
Signature of plaintiff

All facts
no lie

Carvis Johnson

Rankin County Jail

221 North Timber Street

Brandon, MS 39042

1st Report

On the 2-23-19 at 1:19 am Officer Hopkinds in a New Officer Bust MY EYE wide opening in booking blood all over the floor in they did it on camera in booking

2 Report on the 2-27-19 at 4:00 PM officer Winston in officer Ray Born Run in MY cell in lockdown cell 237 in they drag me down the Hallway like a dog to 312 in North Iso in they beat me when they put me in Cell 312 they kick me in the face in they punch me A lots of time camera in the Cell 312 in in the Hallway

On the 3-14- at 5:20 PM officer Jordan officer Winston in officer Ray born run in MY cell 312 in the told me to get on MY knees in Winston choke me why Jordan punch me in the face hard a lots of time for nothing they left in come back 15 mint latter with officer Bridges in officer Jordan in trustee inmate May berry they handcuffs me in the bust MY EYE wide open bust MY head crack MY Jack black EYE hog tide me up in

On the 8-18-19 at 6:50 3 officer come to MY cell 317 a camera in the cell in the Hallway officer Frankly officer biggers in a officer don't work here no more in 4 trustee inmate they plan to run in MY cell in had the officer work the tower officer hinds to cut the lights off in MY cell 317 so all 7 of them can beat me up in of them cover up the camera in MY cell so I run out the cell officer biggers try to push me back in MY cell so they can run in on me in beat me up cover up the camera I come out the cell on them biggers punch me 7 time in MY mouth knock out 3 of MY teeths on the floor in he beat me up in all them standing around me saying don't fight back you if you do the plan cuz MY family put the picture on facebook how they had MY face looking

On the 9-5-19 at 7:15 PM officer hinds in tower officers took me to medical in they trick me out the camera in officer hinds Jump on me why I was in handcuffs on the elevator he punch me in the face 3 time in he run MY head to the wall in the elevator

4 in of the

Report

left me layin in my blood

On the 11-17-19 at 5:36 am officer Sgt Murphy come on the zone tell me to pick up she sent me to lockdown cell 241 when I pick up in went in the Hallway She assault me by put her hands on me punching me in the head in had 2 white officers to drag me to the lockdown Cell in zone 214 Cell 241, its on camera Camera in the Hallway in she cut my water off in my cell in of the Report 5

On the 11-18-19 at 5:10 pm Next day officer Jordon come to my Cell to feed me my last meal tray when he open my tray hole he push my food in the tray hole like Im a dog So he know I aint got no water in my Cell to drink he trying to close my tray hole up So I wont get the cup of water the pass out with the trays I put my hand at the tray hole trying to get a cup a water he pull my arm out in he punch my arm 6 time hard in he try to brake my arm in the tray hole in he pull me to the door hard 2 time in bust my nose wide opening blood all over the door in all over my face They move me Next door 242 in a blind man Cell so the can jump on me this weekend

On the 11-22-19 at 6:16 pm 3 officers come run in my Cell officer bridges officer frankly in officer Kisten bridges spay me in the face with the mase so that he can blind me so hem in frankly can jump on me they beat me frankly got me on the floor in he was holding me down why bridges Kick me in my eye bust my eye wide opening with his cowboy boots on hard blood Shooting out my eye in he was still Kicking me in the face why the woman Kisten had the tazzer gun on me in they was still beating on me they took me off the zone The camera on zone 214 in they took me across to zone 183 to the shower to wash the blood off my face in eye thin when they took me back in the Hallway frankly pick me up in he threw me on the head in hem in bridges start to beat on me in I run to the camera but they pull me back off the camera in they beat me some more in bridges told me to walk to medical when I went to see the woman in medical I told her that I was jump on cuz she see my eye real big in bust up wide opening I told her that they jump on me bridges told me to shut up in he clean his boots off by the camera in medical The woman did not give me no help in Medical So when they take me back to the zone bridges ask the

P)2

Trustee inmate come have a clean up bag in the trustee inmate go in give a red bag in they take me to the zone in when I get at my door they told me to throw my bloody T-shirt in bloody soks in the red bag the camera on the zone see me put it in the bag so they left in they come back this time its a new officer with them they come in my cell 242 in they kick me under the bed bridges frankly in the new officer about 2 to 3 mint kicking me hard under the bed so on the 11-23-19 at 11:30 am the next day officer bridges come to my cell with his tazzer gun out talking about get down nigga I told you I'll bee back Im gone beat yo ass all weekend nigga I lay on the floor he punch in kick me under the bed he stand on top of my head with his boots on in 3 officers run in my cell officer biggers officer frankly in the new officer bridges left out the room they beat in kick me for about 4 to 5 mint long hard → back page

They broke my bone in my back They almost had me in that cell 242 in all the blacks on the zone start to kick on the door hard saying yo gone kill hem why yall keep beating on hem he aint did nothing to yall in 2 days yall beat hem up 4 time for nothing yall Racist in they stop beating on me They had the trustee inmate to put something in my food about 4 time in I aint eat nothing 4 time cuz They put something in my food They told me that they boss man put a hit out on my head officer bridges said that to me in I aint had no water in 8 days They trying to kill me in they wont let my mail go out in all the dates in days it all on camera on the 1-2-20 at 3 something PM

F.B.I.           The F.B.I. come          in they gone get all the
got is this      In got my Reports        cameras in Roll them back
some big about to happen                  Carvis Johnson 12-26-19