10-7-21.

To: In the U.S. District Court Southern District of Mississippi Northern Division
From: Carvis Johnson #109384

In the United District Court for the Southern District of Mississippi

Carvis Johnson et al,
　　Plaintiffs
v.
Officer Jordan et al
　　Defendants

Motion for AN ORDER Compelling Discovery

Cause NO. 3:20-CV-09-KHJ-FKB

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

Plaintiffs Move this Court for an order pursuant to Rule 37(a) of the federal Rules of Civil Procedure Compelling Defendants [list defendants who failed to fully answer interrogatories] to answer fully interrogatories number [list unanswered Questions.] Copies of which are attached hereto. Plaintiffs submitted these interrogatories, pursuant to Rule 33 of the federal Rules of civil procedure on [date] but have not yet Received the answer. Plaintiffs also Move for an order pursuant to Rule 37(a).(4) requiring the aforesaid Defendants to pay Plaintiffs the Sun of $50,000 dollar as reasonable expenses in obtaining this order, on the ground that the Defendants)

next page

refusal to answer the interrogatories [or produce the documents] had no substantial justification

Date  10-7-21

Signed Coavis Johnson   #109384

Type name and address
Coavis LaMar Johnson  Wilkinson County Correctional facility
2799 Highway 61 North  P.O. Box 1889  Woodville, MS 39669