6-4-22

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 21 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

To: United States District Court
From: Carvis Johnson #109384

Kathy McIntyre

I'm writing yall back about the legal woman she said she call the counsel Jason E. Dare about he said he was gone send them 2 D.V.D cd she said that Jason E. Dare said he got to She what the Judge Keith Ball ~~into~~ wont h.M to send the legal Mail C.d. D.V.D to the legal Mail woman Kathy McIntyre now the Judge F. Keith Ball ben said on the 3-28-22 that it was a order the Defendants are ordered to produse said Video footage to plaintiff by 4-15-22 but I aint never got the 2 D.V.D. pluse the people sent them back to the Counsel Jason E. Dare so I feel like they all plan this out now the Counsel got them 2 D.V.D cd back he aint have nothing on them 2 D.V.D cd plus its 7 More tapes that Missing he hiding from Me in the court I did my motion for an order compelling Discovery Cuz the Counsel Jason E. Dare playing Mind games with me in the Kathy McIntyre play a part in sending back the Q.D.V. Cd. so I wrote the F.B.I. Cuz they Investigate this case in the Counsel lying to the Court I aint seen the D.V.D. I got witness can say I aint seen no D.V.D. so now Jason dont wont to do what was order from the Judge F. Keith Ball said → back page

So I'm just letting the Court know that the Counsel Jason E. Dare in Kathy McIntyre lying to the Court plus she sent the D.V.D. back cuz they ain't want to let Me see the D.V.D they trying hold them D.V.D that was order from the Court in the Judge now the Kathy McIntyre saying the Counsel Jason E. Dare is wanting on the Judge to say send them to the legal Mail woman Kathy McIntyre thats what was said to Me by the legal Mail woman Kathy McIntyre they plan all this out the Counsel Mite pay the legal Mail to send them 2 D.V.D. back so I wont see them D.V.D it been over 2 Months now I ain't Still seen them D.V.D & CD yet so I did My Motion for an order Compelling Cuz they wont let Me see Them D.V.D & CD that was order from the Judge.

Carlis Johnson #107384
6-4-22
Unit 29-G A zone Cell 12

U.S. District Court
Southern District of Mississippi

I'm writing the Court let them know I just got Move away from M.S.P. prison I'm at a New Address now E.M.C.F. 10641 Hwy 80 west Meridian Ms 39307 So if I get Some Mail sent to M.S.P. will yall resent what ever yall sent to M.S.P. Cuz I aint get no Mail Cuz They Move Me to this New Address E.M.C.F. Case Number I got Move on the 6-14-22

3:20-CV-00009 KHJ-FKB
3:20-CV-501 KHJ-LGI
3:20-CV-328-KHJ-FKB
3:20-CV-204-KHJ-FKB
3:20-CV-117-KHJ-LGI
3:20-CV-104-KHJ-RPM

in Case number
3:21-CV-00088-KHJ-MTP

So I'm doing what the Court say when you get Move to a New Address

My God bless yall U.S. District Court

E.M.C.F. 10641 Hwy 80 west    Carvis Johnson #109384
Meridian Ms 39307    6-16-22