IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CARVIS LAMAR JOHNSON**                                                      **PLAINTIFF**

v.                                                       **CAUSE NO. 3:20cv009-KHJ-FKB**

**OFFICER JORDAN, et al**                                             **DEFENDANTS**

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court pursuant to FED. R. CIV. P. 41(a)(2), in which Plaintiff, Carvis Lamar Johnson, requests that any and all claims against all Defendants in cause numbers 3:20cv009, 3:20cv104, 3:20cv117, 3:20cv204, 3:20cv328, 3:20cv501, and 3:20cv600, and consolidated into cause number 3:20cv009, be dismissed with prejudice. This Court, being fully advised in the premises, finds that the terms of the dismissal are proper and hereby orders that any and all claims against all Defendants in these consolidated causes of action are hereby dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that any and all claims that were or could have been included in Plaintiff's complaints in cause numbers 3:20cv009, 3:20cv104, 3:20cv117, 3:20cv204, 3:20cv328, 3:20cv501, and 3:20cv600 against all Defendants are dismissed with prejudice, with each party to bear their respective attorneys' fees, costs, and expenses.

This final judgment dismisses all claims in these consolidated causes of action such that they may be finally closed on the Court's docket.

**SO ORDERED AND ADJUDGED,** this the 27th day of March, 2023.

                                                                 **U.S. DISTRICT COURT JUDGE**

**AGREED TO AND REQUESTED BY:**

*[signature: Carvis Johnson]*

Carvis Lamar Johnson, *pro se*

**AGREED AS TO FORM:**

*[signature]*

Jason E. Dare (jdare@bislawyers.com)
BIGGS, INGRAM & SOLOP, PLLC
*Counsel for Rankin County Defendants*

*[signature: Michael Chase]*

John G. Wheeler, Esq. (jwheeler@mitchellmcnutt.com)
Michael D. Chase, Esq. (mchase@mitchellmcnutt.com)
MITCHELL, MCNUTT & SAMS, P.A.
*Counsel for Defendants Burt & Kuethe*