LAW OFFICES

# MITCHELL, MCNUTT & SAMS

A PROFESSIONAL ASSOCIATION

215 FIFTH STREET NORTH
POST OFFICE BOX 1366
COLUMBUS, MISSISSIPPI 39703-1366
(662) 328-2316
FACSIMILE (662) 328-8035

1216 VAN BUREN
POST OFFICE BOX 947
OXFORD, MISSISSIPPI 38655
(662) 234-4845
FACSIMILE (662) 234-9071

MICHAEL CHASE
EMAIL: mchase@mitchellmcnutt.com

105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
(662) 842-3871
FACSIMILE (662) 842-8450

22 NORTH FRONT STREET,
SUITE 1010
MEMPHIS, TENNESSEE 38103
(901) 527-2585
FACSIMILE (901) 527-2361

200 SOUTH MONTGOMERY STREET
SUITE 202-203
STARKVILLE, MS 39759
(662) 270-6283
FACSIMILE (662) 842-8450

May 5, 2023

Carvis Lamar Johnson, #109384
East Mississippi Correctional Facility
Unit 29-G-A-Zone, Cell 5
Meridian, MS 39307

Re: Carvis Lamar Johnson v. Officer Jordan, et al.
U.S.D.C. Southern District, No. 3:20CV09-KHJ-FKB
and
Carvis Lamar Johnson v. Caption Williams, et al.
U.S.D.C. Southern District, No. 3:21CV88-KHJ-MTP

Dear Mr. Johnson:

Please find enclosed our firm's check in the amount of $2,000.00. This is being paid to you in settlement for both of the above-referenced cases. It is my understanding that the Administration will arrange for these funds to be deposited into your prisoner account.

Also enclosed is an acknowledgement of receipt of funds. I ask that you sign this in front of a witness, have the witness sign, and return it to me using the provided self-addressed postage prepaid envelope.

Sincerely

*Michael Chase*
Michael Chase

MC/cdf
Enclosures



EXHIBIT 1

| Mitchell, McNutt, & Sams, P.A.<br>Carvis Lamar Johnson<br>Johnson - Settlement | Invoice Number<br>14378-000-    131775 | Invoice Date<br>05/04/2023 | Invoice Amount<br>2,000.00 |

05/04/2023    000020701                                                                2,000.00

---

000020701

**Mitchell, McNutt, & Sams, P.A.**
Trust Account
P.O. Box 7120
Tupelo, MS 38802-7120

**Cadence Bank**
Tupelo, Mississippi 38802
85-127/842

Date    05/04/2023    ******2,000.00

Pay    *Two Thousand and No/100 Dollars*

To the
Order of

Carvis Lamar Johnson
#109384
East MS Correctional Facility
Unit 29-G-A-Zone Cell 5
10641 Hwy 80 W
Meridian, MS 39307

⑃020701⑃ ⑆084201278⑆ 6046748 7⑃

---

| Mitchell, McNutt, & Sams, P.A.<br>Carvis Lamar Johnson<br>Johnson - Settlement | Invoice Number<br>14378-000-    131775 | Invoice Date<br>05/04/2023 | Invoice Amount<br>2,000.00 |

05/04/2023    000020701              FILE COPY                              2,000.00


